**Clifford HARRIS, Petitioner/Appellant,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent/Respondent.**

No. 68026.

Missouri Court of Appeals,
Eastern District,
Division One.

April 30, 1996.

Melvin L. Raymond, Wilson & Associates, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, James A. Chenault, III, Special Assistant Attorney General, Missouri Department of Revenue, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

### ORDER

PER CURIAM.

Petitioner appeals from the trial court's denial of his petition to review the revocation of his driver's license for refusal to submit to a chemical test of the alcoholic content of his blood. § 577.041, RSMo 1994. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).